UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JULIO ANTONIO AMARILLA, | ) | |
| Plaintiff, | ) | 3:10-cv-0552-LRH-RAM |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID MAR, *et al.*, | ) | |
| Defendants. | ) | |

This is a civil rights complaint brought pursuant to 42 U.S.C. § 1983, by Julio Amarilla, appearing pro se. On December 15, 2010, the Court screened the complaint pursuant to 28 U.S.C. § 1915e and dismissed it without prejudice to amend. Plaintiff was directed to file the amended complaint within thirty days of the date of entry of the screening order (ECF No. 5).

As of this date, plaintiff has not filed an amended complaint and it appears he has also failed to apprise the court of his present address as required by LSR 2-2, because mail from the clerk of court has been returned undelivered (ECF No. 7). LSR 2-2 requires a plaintiff to "immediately file with the court written notification of any change of address." The penalty for failure to comply with the rule is the possible dismissal of the action with prejudice.

///

///

///

///

      **IT IS THEREFORE ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** for failure to comply with the Orders and Rules of the Court. The Clerk shall enter judgment accordingly.

      DATED this 5th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE